**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>David Harvey</u>

    v.                                        Civil No. 09-cv-391-JD

<u>Northern NH Correctional Facility, et al</u>

**O R D E R**

    Plaintiff's request to proceed <u>in forma pauperis</u> is granted,
but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must
be paid as follows: the sum of $126.00 is due no later than
December 24, 2009.  In addition, 20% of each preceding month's
income credited to plaintiff's account shall be remitted by the
Northern NH Correctional Facility when the amount in the account
exceeds $10.00 until the sum of $350.00 has been paid.  Failure
to pay the fee as ordered will result in dismissal of the action
without prejudice.  In all other respects plaintiff's request for
<u>in forma pauperis</u> has been granted.

    **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: November 24, 2009

cc:   David Harvey, *pro se*
      Bonnie S. Reed, Financial Administrator
      Northern NH Correctional Facility, Inmate Accounts