UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

David Harvey

v.                                                                    09-cv-391-JD

Northern NH Correctional Facility, Warden

**O R D E R**

     The plaintiff has failed to pay the necessary filing fee or to file a Motion to Proceed In Forma Pauperis as directed by court order dated November 12, 2009 . The plaintiff was notified that the failure to comply with the court's order would result in the matter being referred to a judicial officer to enter an order of dismissal without prejudice. Due to plaintiff's non-compliance with the court's order, the case is dismissed without prejudice pursuant to LR 4.4.

     So ordered.

Date: January 13, 2009
                                                                              /s/Joseph A. DiClerico, Jr.
                                                                              Joseph A. DiClerico, Jr.
                                                                              United States District Judge

cc:    David Harvey
        Bonnie Reed, Financial Administrator
        Tia Maria Hooper, Deputy Clerk
        Inmate Accounts